[No. 2156–3.   Division Three.   May 31, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. RANDY
W. C. FORTIER, *Appellant.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 21069, Walter A. Stauffacher, J.,
entered October 20, 1976. *Affirmed* by unpublished opinion
per McInturff, J., concurred in by Munson, C.J., and Green,
J.

[No. 2527–3.   Division Three.   June 2, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. LEONARD
FAIRLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 67185, James B. Mitchell, J., entered
July 14, 1977. *Affirmed* by unpublished per curiam opinion.

[No. 2307–3.   Division Three.   June 2, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANCISCO
LARA, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Yakima County, Nos. 20574, 20552, Blaine Hopp, Jr., J.,
entered February 18, 1977. *Affirmed* by unpublished opin-
ion per Munson, C.J., concurred in by Green and Roe, JJ.